UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILO DANTE LEWIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BEAR STEARNS RESIDENTIAL MORTGAGE CORP., et al.,<br><br>　　　　Defendants. | Case No. 2:23-cv-1010-CSK PS<br><br>ORDER GRANTING PARTIES' EXTENSION OF TIME TO RESPOND TO COMPLAINT<br><br>(ECF No. 76) |

Currently pending before the Court is a stipulation to extend time to respond to the second amended complaint by Plaintiff Milo Dante Lewis and Defendants Community Loan Servicing LLC f/k/a Bayview Loan Servicing LLC, Nationstar Mortgage LLC d/b/a Mr. Cooper, Bayview Asset Management LLC, and Federal National Mortgage Association a/k/a Fannie Mae.[1] (ECF No. 76.) Because the parties cannot stipulate to extend the time to respond to a complaint beyond 28 days pursuant to Local Rule 144(a), the Court construes this stipulation as a request for an extension of time to respond to the second amended complaint. *See* Local Rule 144(a). The Court finds that there is good cause to extend the time for Defendants Community Loan Servicing, Nationstar Mortgage, Bayview Asset Management, and Fannie Mae to respond to the

---

[1] This matter proceeds before the undersigned pursuant to 28 U.S.C. § 636(c) on the consent of all parties. (*See* ECF No. 84.)

1

second amended complaint because a motion to remand from Plaintiff and motions to dismiss from Defendants Bear Stearns Residential Mortgage Corporation, JP Morgan Chase Bank NA, MTC Financial Services Inc. d/b/a Trustee Corps, and Quality Loan Service Corp. are currently pending before the Court.

Accordingly, it is hereby ORDERED that:

Defendants Community Loan Servicing, Nationstar Mortgage, Bayview Asset Management, and Fannie Mae shall file a response to the second amended complaint within 21 days from the date of the Court's order on the motion to remand and motions to dismiss filed by Bear Stearns, JP Morgan Chase, MTC, and Quality.

Dated: May 6, 2024

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

3, lewi.1010