UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILO DANTE LEWIS,<br><br>    Plaintiff,<br><br>    v.<br><br>BEAR STEARNS RESIDENTIAL MORTGAGE CORP., et al.,<br><br>    Defendants. | Case No. 2:23-cv-1010-CSK PS<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR RECONSIDERATION AND GRANTING PARTIES' STIPULATED EXTENSION OF TIME TO RESPOND TO COMPLAINT<br><br>(ECF Nos. 86, 88) |

    Currently pending before the Court is a joint request to extend time to respond to the Second Amended Complaint by Plaintiff Milo Dante Lewis and Defendants Community Loan Servicing LLC f/k/a Bayview Loan Servicing LLC, Nationstar Mortgage LLC d/b/a Mr. Cooper, Bayview Asset Management LLC, and Federal National Mortgage Association a/k/a Fannie Mae. (ECF No. 88.) Previously, the Court noted these parties' stipulated extensions of time, which the Court construed as a request under Local Rule 144(a), and granted these Defendants leave to respond within 21 days from the date of the Court's order on currently pending motions to remand and dismiss. (ECF Nos. 76, 85.) Plaintiff requested reconsideration of this order, informing the Court that he and these Defendants were in the process of negotiating both an extension of time to respond to the Second Amended Complaint and a postponement of the foreclosure sale. (ECF No. 86.) The Court ordered the parties to submit a joint request to support

1

Plaintiff's contentions. (ECF No. 87.)

    The parties have submitted this joint request, which supports Plaintiff's reconsideration motion. (ECF No. 88.) Further, the Court finds good cause exists for this extension of time, *see* Local Rule 144(a). Therefore, the Court grants the parties' stipulated request. Accordingly, it is hereby ORDERED that:

1. Plaintiff's Motion for Reconsideration (ECF No. 86) and the Parties' Stipulated Extension of Time (ECF No. 88) are GRANTED;

2. Defendants Community Loan Servicing LLC f/k/a Bayview Loan Servicing LLC, Nationstar Mortgage LLC d/b/a Mr. Cooper, Bayview Asset Management LLC, and Federal National Mortgage Association a/k/a Fannie Mae may have up to and including October 10, 2024 to respond to the Second Amended Complaint, or 21 days from either (1) the date of formal notice of remand of the Second Amended Complaint to state court, or (2) this Court's denial of Plaintiff's motion to remand and the ruling on any resulting motion for reconsideration filed by Plaintiff, whichever is earlier; and

3. The Court acknowledges the parties' agreement to postpone the foreclosure sale up through, at least, October 10, 2024.

Dated: May 22, 2024

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

3, lewi.1010