UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILO DANTE LEWIS, | Case No. 2:23-cv-1010-CSK PS |
| Plaintiff, | ORDER GRANTING DEFENDANTS' REQUEST FOR CLARIFICATION OF JUNE 11, 2024 ORDER |
| v. | |
| BEAR STEARNS RESIDENTIAL MORTGAGE CORP., et al., | (ECF Nos. 90, 92.) |
| Defendants. | |

On June 11, 2024, the Court granted, among other things, Plaintiff Milo Dante Lewis's motion to remand.[1] (ECF No. 90.) This order was based on Plaintiff's Second Amended Complaint, which was filed on September 11, 2023 and is the operative complaint in this action. (ECF No. 43.)

On July 17, 2024, Defendants Bay View Asset Management LLC, Community Loan Servicing, LLC, Federal National Mortgage Association, Nationstar Mortgage, LLC filed a request for clarification of the Court's June 11, 2024 remand order. (ECF No. 92.) Defendants stated the clerk of the state court "advised the Order to Remand was required to specifically address which pleading was included in the remand to state court if it was a document not already filed in state court." (*Id.*) Defendants requested the

---

[1] This matter proceeds before the undersigned pursuant to 28 U.S.C. § 636(c) on the consent of all parties. (ECF No. 84.)

1

Court provide a signed order explicitly stating that Plaintiff's Second Amended Complaint was the operative complaint addressed by the remand. (*Id.*)

## **ORDER**

Accordingly, the Court GRANTS Defendants' request to clarify the Court's June 11, 2024 remand order (ECF No. 90), which is attached. Plaintiff's Second Amended Complaint (ECF No. 43) is the operative pleading in this matter and was REMANDED to state court in this Court's June 11, 2024 order, which GRANTED Plaintiff's motion to remand (ECF No. 44); REMANDED this case to state court; DENIED WITHOUT PREJUDICE Defendants' motions to dismiss (ECF Nos. 50, 52, 73); and CLOSED this case.

Dated: July 18, 2024

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

3, lewi.1010